[No. 5164–1–III.   Division Three.   June 14, 1984.]

KENNETH ROWLAND, ET AL, *Appellants,* v. THEODORE
WALDO, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80–2–02044–6, Bruce P. Hanson, J., entered April 16, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Thompson, J.

[No. 5506–0–III.   Division Three.   June 14, 1984.]

HOWARD W. KELLOGG, ET AL, *Appellants,* v. WILLIAM
D. BUSHONG, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Chelan County, No. 34885, Charles W. Cone, J., entered November 17, 1982. *Reversed* and *remanded* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Thompson, J.

[Nos. 11125–6–I; 11219–8–I.   Division One.   June 18, 1984.]

GEORGE SOLOMON, *Appellant,* v. WILLIAM
DUESENBERG, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for King County, No. 79–2–08687–8, David W. Soukup, J., entered December 14, 1981. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, C.J., and Soderland, J. Pro Tem.